UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:25-cv-00703

Name of party requesting extension: WorldRemit Limited

Is this the first application for extension of time in this case?   ✔ Yes
   ☐ No

If no, please indicate which application this represents:   ☐ Second
   ☐ Third
   ☐ Other _____

Date of Service of Summons: 7/24/2025

Number of days requested:   ☐ 30 days
   ☐ 15 days
   ✔ Other 45 days

New Deadline Date: 9/29/2025    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jennifer Klein Ayers

State Bar No.: 24069322

Firm Name: Sheppard Mullin Richter & Hampton LLP

Address: 2200 Ross Ave., 20th Floor
Dallas, Texas 75201

Phone: 469-391-7400

Fax: 469-371-7401

Email: jayers@sheppardmullin.com

A certificate of conference does not need to be filed with this unopposed application.