IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INTERCURRENCY SOFTWARE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WORLDREMIT LIMITED,<br><br>    Defendant. | Civil Action No. 2:25-CV-703<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF JONATHAN MORRIS IN SUPPORT OF WORLDREMIT LIMITED'S MOTION TO DISMISS

I, Jonathan Morris, hereby declare as follows:

1. I am the Chief Financial Officer for WorldRemit Limited. I have been employed by WorldRemit Limited or its predecessors for three (3) years and eleven (11) months in various roles. In my current role, I am responsible for leading WorldRemit Limited's finance department, including overseeing budgeting, forecasting, and analysis of financial data; ensuring WorldRemit Limited's compliance with financial regulations; and ensuring accurate and timely financial reporting, including the preparation of financial statements. I make this declaration in support of WorldRemit Limited's Motion to Dismiss. Unless otherwise noted, the facts and statements in this Declaration are based on my personal knowledge, which includes my review of corporate records maintained by WorldRemit Limited in the ordinary course of business. If called upon to testify, I could and would do so competently under oath.

2. WorldRemit Limited is a corporation organized under the laws of England and Wales (company registration number: 07110878) with a principal place of business in England at 51 Eastcheap, London, EC3M 1DT, United Kingdom.

3. WorldRemit Limited's business operations include facilitating electronic international money transfers (registration number: 900891), which are authorized and regulated by the United Kingdom ("U.K.") Financial Conduct Authority ("FCA") under the Payment Service Regulations 2017 and Electronic Money Regulations 2011.

4. WorldRemit Limited does not make or sell physical products anywhere in the world.

5. WorldRemit Limited is not registered or licensed to conduct business in the United States ("U.S.") and does not operate in the U.S., including Texas.

6. WorldRemit Limited does not have any employees in the U.S., including Texas.

7. WorldRemit Limited does not own, lease, rent, or otherwise operate from any physical property in the U.S., including Texas.

8. WorldRemit Limited does not facilitate any electronic money transfers in the U.S., including Texas.

9. WorldRemit Corp.—as opposed to WorldRemit Limited—is the U.S. corporation that maintains a Money Transmitter License in Texas (registration number: 3114) and operates, maintains, or otherwise facilitates the allegedly infringing financial transactions allegedly performed by the accused instrumentalities in this case (*see* https://www.worldremit.com/en/about-us/disclosures; https://assets.ctfassets.net/sb7j5o4oxtgv/4wssybDkUqoKY5ntcBpFXX/3f3781288462542b5f097a48d93e34bf/List_of_Licenses_for_Website.pdf). To that end, U.S.-based customers contract

with WorldRemit Corp.—not WorldRemit Limited—in order to perform the accused financial transactions in the U.S., including in Texas.

10. WorldRemit Corp. and WorldRemit Limited are separate and distinct legal entities. Neither entity is a parent nor a subsidiary of the other.

11. WorldRemit Corp. and WorldRemit Limited maintain separate books and accounts.

12. WorldRemit Limited does not have control over the day-to-day operations of WorldRemit Corp. and vice versa.

13. WorldRemit Corp. and WorldRemit Limited have separate directors that are not shared across the entities.

14. The salaries of WorldRemit Limited employees are paid by WorldRemit Limited, not WorldRemit Corp.

15. WorldRemit Limited does not maintain an agent for service of process in the U.S. United Agent Group is not WorldRemit Limited's registered agent for service of process.

16. WorldRemit Corp. maintains a registered agent for service of process in the U.S., namely United Agent Group. *See* https://corp.sec.state.ma.us/CorpWeb/CorpSearch/CorpSummary.aspx?sysvalue=0KaQSWezs9do_hympCexEfteBXKXuVjJ4qth0DPV_1g-.

17. WorldRemit Corp. is not a registered agent for WorldRemit Limited and WorldRemit Limited has not authorized WorldRemit Corp. to accept service on behalf of WorldRemit Limited.

18. To the extent WorldRemit Limited is in possession of relevant evidence or witnesses, such evidence and witnesses are located in the U.K., approximately 5,000 miles away

from the Marshall Texas Courthouse, which would require at least 13 hours to travel to by plane and then car.

19. WorldRemit Limited files and pays taxes separately from WorldRemit Corp.

20. Plaintiff has not served WorldRemit Limited through the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention").

[***]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this  26   day of September, 2025, at ___51 Eastcheap Street, London._____.

Signed by:
_____
E84185B5BEA54DD... JONATHAN MORRIS