IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INTERCURRENCY SOFTWARE LLC,<br><br>Plaintiff,<br><br>v.<br><br>WORLDREMIT LIMITED,<br><br>Defendant. | Civil Action No. 2:25-CV-703-JRG<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANT WORLDREMIT LIMITED'S RENEWED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2), 12(b)(4), AND 12(b)(5)

Before the Court is Defendant WorldRemit Limited's ("WorldRemit") Renewed Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(4), and 12(b)(5). Having considered all the papers filed in support of and in opposition to the Motion, the pleadings and other papers on file in this action, and the arguments of counsel at the hearing, the court **ORDERS** as follows:

WorldRemit's Motion to Dismiss is Granted in its entirety.

The claims against Defendant WorldRemit Limited are dismissed with prejudice.

**IT IS SO ORDERED.**