**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>WORLDREMIT LIMITED,<br>*Defendant.* | § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00703-JRG<br>(LEAD CASE) |
| INTERCURRENCY SOFTWARE LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>BITFLYER, INC.,<br>*Defendant.* | § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-01023-JRG<br>(MEMBER CASE) |

## <u>ORDER</u>

Before the Court is the Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(4), and 12(b)(5) (the "Motion") filed by Defendant bitFlyer, Inc. ("bitFlyer Japan"). (Dkt. No. 29.) In the Motion, bitFlyer Japan seeks to dismiss Plaintiff Intercurrency Software LLC's ("Plaintiff") Complaint pursuant to 12(b)(2), 12(b)(4), and 12(b)(5) of the Federal Rules of Civil Procedure. (*Id.* at 2.) Since the filing of the Motion, Plaintiff has filed its First Amended Complaint for Patent Infringement against bitFlyer Japan. (Dkt. No. 38.)

It is well established that a later-filed amended complaint moots a motion asking the Court to dismiss an earlier-filed complaint. *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017) ("Once filed, that amended complaint rendered all earlier motions … moot."); *see also Bishop Display Tech LLC v. Samsung Elecs. Co., Ltd.*, No. 2:21-cv-00139-JRG, Dkt. No. 40 (E.D. Tex. Oct. 4, 2021) ("Once Plaintiff filed its amended complaint, the Motion became moot."); *Ultravision Techs., LLC v. Eaton Corp. PLC*, No. 2:19-CV-00290-JRG, 2019 WL 11250161, at

*1 (E.D. Tex. Nov. 7, 2019) ("Accordingly, the filing of an amended complaint moots a motion to dismiss the original complaint.").

Accordingly, the Court finds that the Motion (Dkt. No. 29) should be and hereby is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 16th day of July, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE